# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3137

Custom Communications, Inc., doing business as Custom Alarm

Petitioner

v.

Federal Trade Commission

Respondent

___

Petition for Review of an Order of the Federal Trade Commission
(RIN 3084-AB60)

___

**ORDER**

In light of the consolidation order entered by the United States Judicial Panel on Multidistrict Litigation on November 21, 2024 in MCP No. 192, this case will be held in abeyance until all cases listed in the Panel's consolidation order have been received and docketed in this court.

December 02, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Maureen W. Gornik