# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 04, 2024

Re: United States Judicial Panel on Multidistrict Litigation MCP No. 192

Dear Counsel:

On November 15, 2024, the Judicial Panel on Multidistrict Litigation entered a consolidation order in MCP No. 192 pursuant to 28 U.S.C. § 2112(a)(3). The order directed that four petitions for review that were pending in courts of appeals be consolidated in the United States Court of Appeals for the Eighth Circuit, and that the Eighth Circuit be designated as the circuit in which the record is filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure. The petitions for review listed in the Judicial Panel's November 15 order have since been transferred to this court. The following four cases are hereby consolidated with the lead case designated as Case Number 24-3137.

    No. 24-3137    Custom Communications, Inc. v. Federal Trade Commission

    No. 24-3388    U.S. Chamber of Commerce, et al. v. Federal Trade Commission

    No. 24-3415    Michigan Press Association, et al. v. Federal Trade Commission

    No. 24-3442    Electronic Security Ass'n, et al. v. Federal Trade Commission

The parties to these consolidated petitions for review are requested to meet and confer and to submit, within thirty (30) days of the date of this letter, a joint proposed briefing schedule to which the parties reasonably anticipate adherence with minimal requests for extensions of time. In preparing the proposed briefing schedule, counsel should familiarize themselves with the Eighth Circuit Local Rules of Appellate Procedure generally, and note 8th Cir. R. 28A(m) specifically, as it relates to the calculation of response times for filing appellee and reply briefs. Counsel are asked to indicate whether they will be filing one joint petitioners' brief or more than one, and if there will be more than one, which petitioners will be filing briefs together.

Respondent is requested to notify this court of any other petitions for review that are currently pending in another circuit court and that may be transferred to this court pursuant to the order in MCP No. 192. The court further requests that the Respondent continue to notify the court of any new petitions for review that may be filed in other circuit courts after the date of this letter.

Upon consideration of the parties' response, the clerk will establish and enforce the joint briefing schedule. Counsel should contact the acting clerk of court with any requests for additional information or clarification.

Sincerely,

Maureen Watz Gornik
Acting Clerk of Court

MWG