Nos. 24-3137 (lead case), 24-3388, 24-3415, 24-3442, 24-3469

# In the United States Court of Appeals for the Eighth Circuit

CUSTOM COMMUNICATIONS, INC., D/B/A CUSTOM ALARM, ET AL.

*Petitioners*,

v.

FEDERAL TRADE COMMISSION,

*Respondent*.

On Petitions for Review of an Order of the
Federal Trade Commission (RIN 3084-AB60)

## JOINT PROPOSED BRIEFING SCHEDULE

ANISHA S. DASGUPTA
   *General Counsel*

BRADLEY DAX GROSSMAN
MATTHEW M. HOFFMAN
BENJAMIN F. AIKEN
   *Attorneys*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
bgrossman@ftc.gov
202-326-2994

*Counsel for Respondent*

Helgi C. Walker
   *Counsel of Record*
Lucas C. Townsend
Michael P. Corcoran
Lael D. Weinberger
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500
hwalker@gibsondunn.com

*Counsel for Petitioners*

Petitioners and Respondent respectfully submit this Joint Proposed Briefing Schedule in response to the Court's letter filed on December 6, 2024, directing the parties to meet and confer and to submit a joint proposed briefing schedule. Having met and conferred, Petitioners and Respondent jointly propose the following schedule for their respective briefs to be due:

- Petitioners' Opening Brief (with a separate appendix, per Eighth Circuit Rule 30A(b)) – due February 14, 2025.
- Respondent's Brief (with a separate appendix, per Eighth Circuit Rule 30A(b)) – due April 15, 2025.
- Petitioners' Reply Brief – due May 15, 2025.

All Petitioners intend to file a single, joint opening brief and a single, joint reply brief. All parties agree that these deadlines will minimize any need for extensions and allow for orderly briefing of these petitions for review. Petitioners and Respondent thus respectfully request that the Court accept this proposed briefing schedule and order that Petitioners' and Respondents' respective briefs be due on the deadlines set forth above.

Dated: January 3, 2024

/s/ *Bradley Grossman**
BRADLEY DAX GROSSMAN
MATTHEW M. HOFFMAN
BENJAMIN F. AIKEN
   *Attorneys*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
bgrossman@ftc.gov
202-326-2994

*Counsel for Respondent*

**Signature used with permission*

Respectfully submitted,

/s/ *Helgi C. Walker*
Helgi C. Walker
   *Counsel of Record*
Lucas C. Townsend
Michael Corcoran
Lael D. Weinberger
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
hwalker@gibsondunn.com

*Counsel for Petitioners*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, an electronic copy of the foregoing Joint Proposed Briefing Schedule was filed with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF system, and service will be accomplished on all registered counsel by the appellate CM/ECF system.

/s/ *Helgi C. Walker*
Helgi C. Walker
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
hwalker@gibsondunn.com

*Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE

I certify that this Joint Proposed Briefing Schedule complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts exempted under Federal Rule of Appellate Procedure 27(d)(a)(2)(B), it contains 161 words.

I certify that this Joint Proposed Briefing Schedule complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this submission has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point New Century Schoolbook LT.

I further certify that this document has been scanned for viruses and is virus-free.

Dated: January 3, 2024

/s/ *Helgi C. Walker*
Helgi C. Walker
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
hwalker@gibsondunn.com

*Counsel for Petitioners*