# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## CONSOLIDATED APPEAL BRIEFING SCHEDULE

| | | |
|---|---|---|
| Appeal No. | 24-3137 | Custom Communications, Inc. v. Federal Trade Commission |
| | 24-3388 | U.S. Chamber of Commerce, et al v. Federal Trade Commission |
| | 24-3415 | Michigan Press Association, et al v. Federal Trade Commission |
| | 24-3442 | Electronic Security Ass'n, et al v. Federal Trade Commission |
| | 24-3469 | Custom Communications, Inc., et al v. Federal Trade Commission |

Date:    January 17, 2025

The following briefing schedule has been established for the case. **NO EXTENSIONS WILL BE GRANTED.**

The agency is required to submit a certified list or administrative record by 02/04/2025. Additionally, the parties are required to file an appendix of relevant record materials. See Federal Rule of Appellate Procedure 30 and Eighth Circuit Rule 30A. Petitioner's brief must include an addendum. See Eighth Circuit Rule 28A(b). Respondent's brief may include an addendum.

### FILING DATES:

Certified List (from agency) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **02/04/2025**

Appendix . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **02/14/2025**
   **( All Petitioners )**

Opening Brief, with Addendum. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **02/14/2025**
   **( All Petitioners)**

Respondent's Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **03/14/2025**

Reply Brief (optional) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/04/2025**

**ALL BRIEFS AND APPENDICES SHOULD BE
FILED WITH THE ST. LOUIS OFFICE**