# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3137

Custom Communications, Inc., doing business as Custom Alarm

Petitioner

v.

Federal Trade Commission

Respondent


No: 24-3388

The Chamber of Commerce of the United States of America and The Georgia Chamber of Commerce

Petitioners

v.

Federal Trade Commission

Respondent

No: 24-3415

Michigan Press Association and National Federation of Independent Business, Inc.

Petitioners

v.

Federal Trade Commission

Respondent

No: 24-3442

Electronic Security Association, et al.

Petitioners

v.

Federal Trade Commission

Respondent

No: 24-3469

Custom Communications, Inc., doing business as Custom Alarm, et al.

Petitioners

v.

Federal Trade Commission

Respondent

___

Petition for Review of an Order of the Federal Trade Commission
(Negative Option Rule RIN 3084-AB60)

___

**ORDER**

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.

    Petitioners' motion to stay the Final Rule is denied. Judge Grasz would grant the motion to stay the Final Rule.

January 17, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

___
    /s/ Maureen W. Gornik