# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3137

Custom Communications, Inc., doing business as Custom Alarm

Petitioner

v.

Federal Trade Commission

Respondent

No: 24-3388

The Chamber of Commerce of the United States of America and The Georgia Chamber of Commerce

Petitioners

v.

Federal Trade Commission

Respondent

No: 24-3415

Michigan Press Association and National Federation of Independent Business, Inc.

Petitioners

v.

Federal Trade Commission

Respondent

---

Petition for Review of an Order of the Federal Trade Commission
(Negative Option Rule RIN 3084-AB60)

---

# ORDER

The above-captioned appeals were previously placed in abeyance pending the receipt and docketing of all cases listed in consolidation order MCP No. 192, issued by the U.S. Judicial Panel on Multidistrict Litigation. The listed cases have all been received and docketed. The cases are hereby removed from the abeyance status and a consolidated briefing schedule has been established.

January 22, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik