# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Helgi C. Walker |
| **CC:** | Benjamin Aiken |
| | Michael P. Corcoran |
| | Elliott M. Davis |
| | Jennifer B. Dickey |
| | Benjamin Michael Flowers |
| | Kevin E. Friedl |
| | Bradley Dax Grossman |
| | Allyson Newton Ho |
| | Matthew Michael Hoffman |
| | Mark D. Johnson |
| | Connor Philip Mui |
| | Robin F. Thurston |
| | Lucas C. Townsend |
| | Jordan L. Von Bokern |
| | Lael Daniel Weinberger |
| **FROM:** | Britny N. Williams |
| **DATE:** | February 18, 2025 |
| **RE:** | 24-3137  Custom Communications, Inc. v. Federal Trade Commission |
| | 24-3388  U.S. Chamber of Commerce, et al v. Federal Trade Commission |
| | 24-3415  Michigan Press Association, et al v. Federal Trade Commission |
| | 24-3442  Electronic Security Ass'n, et al v. Federal Trade Commission |
| | 24-3469  Custom Communications, Inc., et al v. Federal Trade Commission |

In reviewing the electronic version of the addendum submitted with your opening brief, we noted the defects shown below. The court has instructed the clerk's office to carefully review the addendum to make sure that all orders appealed from are present. Please review the provisions of 8th Cir. R. 28A(g) and provide a complete electronic version of the addendum within five days of the date of this notice. If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

  __X__    Please resubmit the addendum with the Statutory Addendum included in the addendum.

Once the electronic version of the addendum is approved for filing, you will receive a Notice of Docket Activity informing you that your brief and addendum have been filed. Please submit the required paper copies of the brief and addendum within five days of that notice. See 8th Cir. 28A(d) and (g)(4). If you have any questions, please contact our office.