# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3137

Custom Communications, Inc., doing business as Custom Alarm

Petitioner

v.

Federal Trade Commission

Respondent

------------------------------

Service Contract Industry Council, et al.

Amici on Behalf of Petitioner

No: 24-3388

The Chamber of Commerce of the United States of America and The Georgia Chamber of Commerce

Petitioners

v.

Federal Trade Commission

Respondent

------------------------------

Service Contract Industry Council, et al.

Amici on Behalf of Petitioner

No: 24-3415

Michigan Press Association and National Federation of Independent Business, Inc.

Petitioners

v.

Federal Trade Commission

Respondent

-------------------------------

Service Contract Industry Council, et al.

Amici on Behalf of Petitioner

No: 24-3442

Electronic Security Association, et al.

Petitioners

v.

Federal Trade Commission

Respondent

-------------------------------

Service Contract Industry Council, et al.

Amici on Behalf of Petitioner

No: 24-3469

Custom Communications, Inc., doing business as Custom Alarm, et al.

Petitioners

v.

Federal Trade Commission

Respondent

-------------------------------

Service Contract Industry Council, et al.

Amici on Behalf of Petitioner

---

Petitions for Review of an Order of the Federal Trade Commission
(Negative Option Rule RIN 3084-AB60)

---

**ORDER**

The Motion to Intervene by Main Street Alliance is denied as untimely. However, Main Street Alliance is granted leave to participate as amici curiae.

March 13, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler