GIBSON DUNN

Lael Weinberger
Associate Attorney
T: +1 202.955.8500
lweinberger@gibsondunn.com

June 2, 2025

VIA ECF

Susan E. Bindler
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

Re: *Custom Communications, Inc., et al. v. Federal Trade Commission*, Nos. 24-3137 (lead case), 24-3388, 24-3415, 24-3442, 24-3469

Dear Ms. Bindler:

Counsel for petitioners Lael Weinberger respectfully asks this Court to withdraw him as an attorney representing Petitioners in the above-captioned case. Mr. Weinberger will be departing Gibson, Dunn & Crutcher LLP for other employment on June 3, 2025. Petitioners will continue to be represented in this matter by able counsel, familiar with the facts and law of this case, who have entered appearances.

Respectfully submitted,

/s/ *Lael D. Weinberger*
Lael D. Weinberger
*Counsel for Petitioners*

cc: All counsel of record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, an electronic copy of the foregoing letter was filed with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF system, and service will be accomplished on all registered counsel by the appellate CM/ECF system.

 /s/ *Lael D. Weinberger*  
Lael D. Weinberger  
GIBSON, DUNN & CRUTCHER LLP  
1700 M Street, N.W.  
Washington, D.C.  20036  
(202) 955-8500  
lweinberger@gibsondunn.com
