# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3137

Custom Communications, Inc., doing business as Custom Alarm

Petitioner

v.

Federal Trade Commission

Respondent

------------------------------

American Property Casualty Insurance Association, et al.

Amici on Behalf of Petitioner

Internet and Consumer Law Professors, et al.

Amici on Behalf of Respondent

No: 24-3388

The Chamber of Commerce of the United States of America and The Georgia Chamber of Commerce

Petitioners

v.

Federal Trade Commission

Respondent

------------------------------

American Property Casualty Insurance Association, et al.

Amici on Behalf of Petitioner

Internet and Consumer Law Professors, et al.

Amici on Behalf of Respondent

No: 24-3415

Michigan Press Association and National Federation of Independent Business, Inc.

Petitioners

v.

Federal Trade Commission

Respondent

------------------------------

American Property Casualty Insurance Association, et al.

Amici on Behalf of Petitioner

Internet and Consumer Law Professors, et al.

Amici on Behalf of Respondent

No: 24-3442

Electronic Security Association, et al.

Petitioners

v.

Federal Trade Commission

Respondent

------------------------------

American Property Casualty Insurance Association, et al.

Amici on Behalf of Petitioner

Internet and Consumer Law Professors, et al.

Amici on Behalf of Respondent

No: 24-3469

Custom Communications, Inc., doing business as Custom Alarm, et al.

Petitioners

v.

Federal Trade Commission

Respondent

------------------------------

American Property Casualty Insurance Association, et al.

Amici on Behalf of Petitioner

Internet and Consumer Law Professors, et al.

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Federal Trade Commission
(Negative Option Rule RIN 3084-AB60)
(Negative Option Rule RIN 3084-AB60)
(Negative Option Rule RIN 3084-AB60)
(Negative Option Rule RIN 3084-AB60)
(Negative Option Rule RIN 3084-AB60)

---

## MANDATE

In accordance with the opinion and judgment of July 8, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 03, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit